**Order filed October 28, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00410-CV

———————

## DOV AVNI KAMINETZKY, Appellant

## V.

## DOSOHS I, LTD, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 1997-40590**

## O R D E R

Appellant's brief was due October 13, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 1, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM